924

No. 90–7496. SHERRILLS v. CELESTE, GOVERNOR OF OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–7497. ROBICHAUX v. PHELPS ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–7498. QUARRELS-BEY v. JOHNSTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–7502. BECKNELL v. COLLINS, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–7507. HARRIS ET AL. v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 90–7508. McCORD v. AHITOW, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 90–7512. CALLWOOD v. VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 90–7516. STREETER v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–7520. LONG v. TATE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–7523. LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7524. MOORE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7530. DELFIN v. OFFICE OF PERSONNEL MANAGE-MENT. C. A. Fed. Cir. Certiorari denied.

No. 90–7548. CARTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–7550. YOUNG v. UNITED STATES. C. A. 6th Cir. Certiorari denied.